UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. COREY TAYLOR**    SBI: 263476C   Booking #: J201123881

-------------------------------------------------------------------------------------------------

## P E T I T I O N   F O R
### W R I T   O F   H A B E A S   C O R P U S

1.  COREY TAYLOR, ( ) is now confined at the Essex County Jail, 354 Doremus Avenue, Newark, New Jersey.

2.  Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, United States District Senior Judge on ( ), for an **ARRAIGNMENT**. A Writ of Habeas Corpus should be issued for that purpose. → *Monday, July 9, 2012 @ 9:30 a.*

DATED: July 5th, 2012

BRIAN L. URBANO
ASSISTANT U.S. ATTORNEY

-------------------------------------------------------------------------------------------------

Let the Writ Issue.

DATED: July 5, 2012

**O R D E R**

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT SENIOR JUDGE

-------------------------------------------------------------------------------------------------

### W R I T   O F   H A B E A S   C O R P U S

The United States of America to the Warden of the Essex County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

**COREY TAYLOR**

now confined at the Essex County Jail, be brought before the United States District Court, the Honorable William H. Walls, District Judge, in the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on July 5th, 2012, at 9:30 a.m., so that he may appear for an **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable William H. Walls
United States District Senior Judge
Newark, New Jersey

DATED: July 5, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:
Deputy Clerk