UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 12-407 |
| COREY TAYLOR | : | <u>ORDER OF DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the Indictment, Crim. No. 12-407 (WHW) against defendant Corey Taylor, which was filed on June 8, 2012, and which charges defendant Corey Taylor with violating Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the best interest of the United States at this time.

This dismissal is without prejudice.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: Newark, New Jersey
28 August, 2012

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE